IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| AUTOHAUS ACQUISITION, INC., | : |
| d/b/a VICTORY VOLKSWAGEN, | : |
|     Debtor | : |

| | | |
|---|---|---|
| LAWRENCE G. FRANK, TRUSTEE | : | JOINTLY ADMINISTERED TO: |
| IN BANKRUPTCY FOR AUTOHAUS | : | |
| ACQUISITION, INC., d/b/a | : | THREE ARROWS ENTERPRISES, |
| VICTORY VOLKSWAGEN, | : | INC., ET AL |
|     Plaintiff | : | |
| | : | CASE NO. 1:09-bk-07161 |
|     v. | : | |
| | : | ADVERSARY |
| SUSQUEHANNA BANK, | : | NO. 1:10-ap-00212 RNO |
|     Defendant | : | |

**TRUSTEE'S RESPONSE TO AFFIRMATIVE DEFENSES**

TO THE HONORABLE ROBERT N. OPEL, II, BANKRUPTCY JUDGE:

    COMES NOW, Lawrence G. Frank, Trustee in Bankruptcy and Plaintiff in the above-captioned adversary proceeding, and responds to the Defendant's affirmative defenses, respectfully stating in support thereof:

    16. Denied.

    17. Denied.

    18. Denied.

    19. Denied. Plaintiff clearly has standing to bring the adversary proceeding at bar.

    20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court to rule in favor of the Plaintiff and against the Defendant as respects the Defendant's affirmative defenses.

RESPECTFULLY SUBMITTED BY:

_/s/Lawrence G. Frank_____
LAWRENCE G. FRANK, ESQUIRE
THOMAS, LONG, NIESEN AND KENNARD
Attorney ID #15619
212 Locust Street, Suite 500
Harrisburg, PA  17101
Ph: (717) 234-7455
Fx: (717) 236-8278
Email: lawrencefrank@earthlink.net

TRUSTEE IN BANKRUPTCY

**CERTIFICATE OF SERVICE**

AND NOW, this 6th day of March, 2011, I, Lawrence G. Frank, Esquire, hereby certify that I this day electronically filed the foregoing document with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail address:

U.S. Trustee – ustpregion03.ha.ecf@usdoj.gov

Donald R. Geiter, Esq – dgeiter@barley.com

    /s/Lawrence G. Frank
LAWRENCE G. FRANK, ESQUIRE
THOMAS, LONG, NIESEN AND KENNARD
212 Locust Street, Suite 500
Harrisburg, PA 17101
Ph: (717) 234-7455
Fax: (717) 236-8278
Email: lawrencefrank@earthlink.net

Trustee-in-Bankruptcy